UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> v. ) <br> ) <br> **ERIK PENA** ) <br> ) <br> **Defendant.** ) <br> ) | Criminal Case No. 1:24-cr-71-SE-TSM-01 |

### INDICTMENT

The Grand Jury charges:

### COUNT ONE
### 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C)
### Distribution of a Controlled Substance

On or about March 6, 2024, in the District of New Hampshire, the defendant,

**ERIK PENA,**

knowingly and intentionally distributed a controlled substance, specifically, methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT TWO
## 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C)
**Distribution of a Controlled Substance**

On or about April 2, 2024, in the District of New Hampshire, the defendant,

**ERIK PENA,**

knowingly and intentionally distributed a controlled substance, specifically, methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## NOTICE OF FORFEITURE

Upon conviction of one or more of the offenses alleged in Counts One through Two of this Indictment, the defendants shall forfeit to the United States pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the charged offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the charged offense.

A TRUE BILL

Dated: June 26, 2024

/s/ Foreperson
Foreperson

JANE E. YOUNG
United States Attorney

By: /s/ Heather A. Cherniske
Heather A. Cherniske
Assistant U.S. Attorney